**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MARK D. MULKEY,** | |
| **Plaintiff,** | **8:14CV210** |
| **vs.** | |
| **TRANSIT AUTHORITY OF THE CITY OF OMAHA,** | **ORDER OF DISMISSAL** |
| **Defendant.** | |

This matter is before the Court on the Parties' Stipulated Agreement for Dismissal (Filing No. 47). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulated Agreement for Dismissal (Filing No. 47) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.


Dated this 15th day of January, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge